1  MCGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099


FILED
MAY 03 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | CASE NO. 1:18-sw-00125-SAB |
|---|---|
| CELLULAR TELEPHONE ASSIGNED CALL NUMBER 559-601-9371; | 1:18-sw-00103-SKO |
| | 1:18-sw-00160-EPG |
| CELLULAR TELEPHONE ASSIGNED CALL NUMBER 559-558-2568; | ORDER TO UNSEAL DOCUMENTS |

The documents in the above referenced matters were sealed by Order of this Court pursuant to sealing orders filed in each matter.

IT IS HEREBY ORDERED that the above referenced matters be unsealed and be made public record.

DATED: April 27, 2018

E. P. _____
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

Motion and Order to Unseal Documents        2